IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |
|---|---|
| IN RE: | * |
| | * |
| ALEXANDER TRAKHTMAN and | Case No. 19-19139- DER |
| REGINA TRAKHTMAN     * | |
| | * |
| Debtors.     * | Chapter 7 |

* * * * * * * * * * * * *

|  |  |
|---|---|
| MATTHEW WRONKA and | * |
| CAITLIN HICKS | |
| 1200 Steuart Street, Unit 1040     * | |
| Baltimore, MD 21230 | |
| | * |
| Plaintiffs, | |
| | * |
| v. | |
| | * |
| ALEXANDER TRAKHTMAN and | |
| REGINA TRAKHTMAN     * | Adversary No. 19-00352 DER |
| 2197 Ridge Road | |
| Reisterstown, MD 21136     * | |
| | |
| Defendants.     * | |

* * * * * * * * * * * * *

**ORDER GRANTING MOTION BY REGINA TRAKHTMAN TO DISMISS
PLAINTIFFS' COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT OR,
<u>IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT</u>**

1

UPON CONSIDERATION of the Motion by Defendant Regina Trakhtman to Dismiss Plaintiffs' Complaint to Determine Dischargeablity of Debt, or, in the Alternative, for Summary Judgment, the accompanying Memorandum of Law and Declaration of Regina Trakhtman (collectively, the "Motion"), any opposition thereto filed by Plaintiffs, and upon consideration of arguments of counsel on a hearing thereon, for the reasons stated on the record at the hearing, it is, by the United States Bankruptcy Court for the District of Maryland, hereby,

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that as to Defendant Regina Trakhtman, the Complaint filed by Plaintiffs in this action is DISMISSED WITH PREJUDICE.

Copies:

Joyce A. Kuhns, Esquire via CM/ECF
Lisa Danielle Sparks, Esquire via CM/ECF
Office of United States Trustee via CM/ECF

**\*\* END OF ORDER \*\***